IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00478-RPM-MEH

BARBARA RIOS,

    Plaintiff,

v.

LEE ANNE HENSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2008.**

    Plaintiff's Motion for Default Judgment [filed April 29, 2008; doc #3] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 55(a), a party must first seek entry of default before she can pursue relief through a motion for default judgment.