IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00478-RPM-MEH

BARBARA RIOS,

    Plaintiff,

v.

LEE ANNE HENSON,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 16, 2008, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 10, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: May 1st, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

.                                     Richard P. Matsch, Senior District Judge