IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00478-RPM-MEH

BARBARA RIOS,

    Plaintiff,

v.

LEE ANNE HENSON,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

    Pursuant to the Stipulation for Dismissal with Prejudice, filed August 20, 2008 [11], it is

    ORDERED that the Complaint and this civil action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

    Dated: August 20th, 2008

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge